NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEYER INTELLECTUAL PROPERTIES LIMITED AND MEYER CORPORATION, U.S.,**
*Plaintiffs-Appellees,*

v.

**BODUM, INC.,**
*Defendant-Appellant.*

---

2011-1329

---

Appeal from the United States District Court for the Northern District of Illinois in case no. 06-CV-6329, Senior Judge Milton I. Shadur.

---

## ON MOTION

---

## ORDER

Bodum, Inc. moves without opposition for a 14-day extension of time, until August 19, 2011, for the appellees to file their brief and for a 7-day extension of time, until September 9, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUL 2 5 2011__          /s/ Jan Horbaly
         Date                      Jan Horbaly
                                   Clerk

cc:  Joshua C. Krumholz, Esq.
     Robert S. Rigg, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 5 2011

JAN HORBALY
CLERK